JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENA NATAE WALTERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. dba SAM'S CLUB #6628, entity type unknown; WALMART INC., a Delaware corporation; CHRIS SANDOVAL, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:25-CV-01478-CAS-Ex<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal for Prejudice (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the parties' Stipulation is GRANTED;

**IT IS FURTHER ORDERED** that each party is to bear their own attorneys' fees and costs.

Dated: May 27, 2025

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT